\Prob 12C
(6/05)

PROB 22
(Rev. 11/23)

# TRANSFER OF JURISDICTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED:

DOCKET NUMBER *(Tran. Court)*
1:18-CR-0217-02(KMW)

DOCKET NUMBER *(Rec. Court)* 12/4/23

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Jeffrey Goldstein<br>Wells, Maine | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | Kimba M. Wood | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>11/03/2023 | TO<br>11/02/2025 |

**OFFENSE**
Conspiracy to Violate the Anti-Kickback Statute, in violation of 18 U.S.C. 371, a Class D Felony.

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residence and prosocial ties in the District of Maine

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Maine upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/4/23
*Date*

/s/ Kimba M. Wood
*United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Jeffrey Goldstein's supervision from the Southern District of New York to the District of Maine, the sealed records of the Court in the above matter relating to Jeffrey Goldstein are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Maine and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 8, 2023
*Effective Date*

/s/ John A. Woodcock, Jr.
*United States District Judge*