IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY LAWRENCE GOLDSTEIN

        (Petitioner)

V

Case NO: 1:18-cr-00217

UNITED STATES OF AMERICA

        (Respondent)

## **MOTION FOR EARLY TERMINATION OF FEDERAL SUPERVISED RELEASE**

Honorable Kimba Wood,

Comes now Jeffrey Lawrence Goldstein, Pro se, who respectfully requests that the Court grant this motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e):

1. Mr. Goldstein has successfully completed 14 months (58%) of 24 months supervised release (without incident) which began 11/03/2023
2. Mr. Goldstein has demonstrated consistent compliance with all conditions of his release and has made positive significant changes in his life.
3. Mr. Goldstein has maintained steady employment with Garden Guys landscaping, located in South Portland, Maine, where he is recognized as a reliable and dedicated employee.
4. Prior to obtaining employment Mr. Goldstein volunteered at The Seeds of Hope Community Center in Biddeford, Maine helping to feed the unhoused population.
5. Mr. Goldstein has participated in and completed all required counseling and treatment programs
6. Mr. Goldstein did not incur any violations while on release and did not have any violations while incarcerated or in halfway house.
7. Mr. Goldstein has been making regular monthly payment to his Court ordered fine and was not given any restitution.
8. Mr. Goldstein maintains residence with his wife and two young children. He continues to support his daughter who is in college at the University of Texas and his 14-year-old son who lives with his mother in Manhattan.
9. Mr. Goldstein is a valued member of The Chabad of Portland, Maine congregation.
10. Mr. Goldstein has passed the State of Maine Insurers Adjusters exam, and the state is currently awaiting his supervised release to abate to conduct an official hearing. I believe

this achievement underscores my commitment to professional development and my readiness to contribute positively to society. (Exhibit 1-supporting letters)

Mr. Goldstein has complied with the conditions of his release and believes he has derived all the benefits he can from supervision. I have absolutely learned my lesson and, based upon my conduct while in prison and on supervision thus far, I have demonstrated that the trajectory of my life is toward productive citizenship. I do not believe there is a need to tax the valuable and limited resources of the United States Probation Office by keeping me on supervised release. I urge that the limited resources of the United States Probation Office are better utilized by individuals more acutely in need of court supervision.

WHEREFORE, for the foregoing reasons, Jeffrey Lawrence Goldstein respectfully asks the Court to grant this motion for early termination of supervision.

Respectfully Submitted

Jeffrey L. Goldstein

Pro Se

I certify that on November 4, 2024, I sent a copy

of this document to Alexa Mills, Probation Technician,

Portland, Maine

Jack Vose-Gimbel

Owner, Garden Guys Landscaping

4 Shaw Farm Rd Cape Elizabeth, ME 04107

10/16/2024

**Subject: Letter of Recommendation for Jeffrey Goldstein**

To whom it may concern,

I am writing to highly recommend Jeffrey Goldstein for an insurance adjuster license. Jeffrey has been a reliable and hardworking member of Garden Guys Landscaping for over a year, excelling in his role as a landscape maintenance technician. During this time, he has shown exceptional leadership, customer service, and a strong work ethic.

Jeffrey has taken on key responsibilities, such as leading landscape maintenance crews and managing projects to ensure timely and high-quality results. His leadership and attention to detail have been essential to our team's success. He consistently goes above and beyond to make sure tasks are completed on time and to our company standards.

Customer service is one of Jeffrey's standout strengths. He regularly communicates with clients, ensuring their needs are met and resolving any issues with professionalism. His approachable demeanor and problem-solving skills have earned him praise from clients and contributed to our company's positive reputation.

Despite his history as a felon, Jeffrey's dedication to turning his life around has been remarkable. Throughout his time with us, he has shown honesty, integrity, and an unwavering commitment to self-improvement, both personally and professionally. His progress speaks to his resilience and determination to create a better future for himself.

Jeffrey's ability to handle pressure, adapt to changing situations, and lead with integrity make him an excellent candidate for an insurance adjuster license. I am confident he will bring the same level of commitment and professionalism to this role.

In conclusion, I fully support Jeffrey Goldstein's application. Please feel free to contact me at 207-809-9110 or gardenguysme@gmail.com if you need any additional information.

Sincerely,
Jack Vose-Gimbel
Owner, Garden Guys Landscaping

# UNITED STATES PROBATION & PRETRIAL SERVICES

400 CONGRESS STREET, 5th Floor
PORTLAND, MAINE 04101-3547
207-780-3358
FAX 207-780-3784

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

202 HARLOW STREET, ROOM 21000
BANGOR, MAINE 04401-4919
207-945-0369
FAX 207-945-0305

MICHAEL J. PENDERS
CHIEF

SCOTT HASTINGS
DEPUTY CHIEF



REPLY TO THE PORTLAND OFFICE

October 16, 2024

Maine Bureau of Insurance
Insurance Claims Examiner
34 SHS
Augusta, ME 04333

To Whom It May Concern:

Mr. Jeffrey Goldstein was convicted of Conspiracy to Violate the Anti-Kickback Statute, in violation of 18 U.S.C. 371, in the Southern District of New York. On June 21, 2021, he was sentenced to a period of 57 months imprisonment, followed by two years of supervised release, by the Honorable Kimba M. Wood, United States District Judge. Mr. Goldstein completed his custodial term and commenced his supervised release on November 3, 2023, in the District of Maine. Upon release, Mr. Goldstein returned to the community to reside with his wife and two minor children. He was employed with the United States Parcel Service and a landscaping company. In March 2024, he started employment with a medical sales company.
Mr. Goldstein's conditions of supervised release require him to submit to drug testing and work full time. To date, Mr. Goldstein has been in compliance with his requirements. Recently, he transitioned to a low intensity supervision caseload, which is demonstrative of his motivation to be a law-abiding citizen, and work towards his goals. Please reach out to me directly with any questions.

Sincerely,

*Kate Phillips*

Kate Phillips
U.S. Probation Officer
400 Congress Street, 5th Fl
Portland, ME 04101



# CHABAD
## MAINE

October 13, 2024

Maine Bureau of Insurance
Insurance Claims Examiner
34 SHS
Augusta, ME 04333

I am writing on behalf of Jeffrey Goldstein, a valued member of our congregation at Chabad of Maine. As the Rabbi of this community, I have had the privilege of knowing Jeffrey for over a year. During this time, I have witnessed his unwavering commitment to his faith and family.

Despite facing a challenging past, Jeffrey has demonstrated remarkable resilience and a dedication to turning his life around. His background as a former doctor speaks to his intelligence and capabilities, while his journey of redemption showcases his strength of character. The transformation he has achieved is a testament to his hard work and determination.

Within our community, Jeffrey is known for his sincerity, humility, and genuine effort to make amends and improve his life. He actively participates in our services and events and is always willing to assist fellow congregants. His faith is evident in his daily actions and his interactions with others.

Jeffrey's devotion to his family is equally admirable. He consistently prioritizes their well-being and happiness, and it is clear that they are his greatest source of motivation. His actions are guided by love, integrity, and a deep sense of responsibility.

It is my belief that Jeffrey's ongoing journey of self-improvement, along with his steadfast commitment to his faith and family, are deserving of recognition and support. I wholeheartedly endorse him as a man of integrity and conviction.

Sincerely,

*[signature]*

Rabbi Moshe Wilansky

**11 Pomeroy Street Portland Maine 04102**
ChabadofMaine.com • 207-871-8947 • rabbi@chabadofmaine.com

Jeffrey Goldstein
18 Bourne St, Unit 2
Kennebunk, ME 04043

Pro Se Intake
United States District Court
500 Pearl Street
New York, NY 10007
ATTN: Clerk, Criminal Division

RECEIVED JAN 27 2025
PRO SE OFFICE
SO. MAINE P&DC 041
27 JAN 2025 PM 3 L
10007-131699